STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
DAVID SCHNEIDER AND JOHN T. SOJA, DEFENDANTS-
APPELLANTS.

Argued October 24, 1960—Decided November 21, 1960.

*Mr. William D. Danberry,* Assistant Prosecutor, argued the cause for plaintiff-respondent (*Mr. Edward J. Dolan,* Middlesex County Prosecutor, attorney).

*Mr. David I. Stepacoff* argued the cause for defendant-appellant David Schneider.

*Mr. Morris Spritzer* argued the cause for defendant-appellant John T. Soja.

PER CURIAM. Defendants were convicted of extortion. No appeal was pursued. About 31 months later a motion for a new trial was made on the ground of newly discovered evidence. Following the denial thereof an appeal was taken to the Appellate Division where the order was affirmed in a short *per curiam* opinion. Rehearing was applied for and refused. Defendants then appealed to this court, alleging that the original conviction resulted from the use of perjured testimony by the State and therefore constituted a denial of due process.

Our examination of the record satisfies us that the alleged constitutional issue is without substance. Consequently, appeal does not lie as a matter of right under *R. R.* 1:2–1(*a*). Nonetheless, we have studied the basic merits of the appeal and have reached the conclusion that the actions taken by the Appellate Division were correct.

The judgment is affirmed.

*For affirmance*—Chief Justice WEINTRAUB, and Justices JACOBS, FRANCIS, PROCTOR, HALL and SCHETTINO—6.

*For reversal*—None.